List of Creditors                           21-53476

Southern National Assets, LLC
333, W. 41st St.
Floor (6) Suite 604
Miami Beach, FL 33140

Bank of America
P.O. Box 982284
El Paso, TX 79998



Investa Services
1266 W. Paces Ferry Rd.
Suite 517
Atlanta, GA 30327

Fulton County Tax Dept
141 Pryor St., S.W.
Atlanta, GA 30303

City of Roswell Tax Dept.
38 Hill St.
Suite 130
Roswell, GA 30075

Georgia Dept. of Revenue
Compliance Division ARCS
1800 Century Blvd., N.E.
Suite 9100
Atlanta, GA 30345-3202

U.S. Internal Revenue Service
Dept. of the Treasury
Kansas City, MO 64999-0002

James J. Bagwell
315 Junction Track
Roswell, GA  30075



1028    30303

U.S. POSTAGE PAID
FCM LG ENV
ROSWELL, GA
30076
JUN 21, 21
AMOUNT
**$1.40**
R2304H108833-44

United States B.C.
Atlanta Division
Suite 1340, United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA  30303

CLEARED
JUN 23 2021
U.S. Marshals
Atlanta, GA